Opinion issued January
6, 2011.

 

 

 

 

 

 

 

 

 



 

In
The

Court of Appeals

For The

First District of
Texas

 




 
 
 
 
 
 
 
 
 
 
 
 
 
 
 


 



NO. 01-09-00846-CR

NO.
01-09-00847-CR

____________

 








DENNIS WAYNE WILLIAMS, Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 

 



On Appeal from the 179th
District Court

Harris County, Texas

Trial Court Cause Nos. 1162525 and 1062771

 

 



MEMORANDUM
OPINION








          In
appellate cause number 01-09-00846-CR, appellant, Dennis Wayne Williams, pleaded
guilty to the offense of possession of a controlled substance, enhanced by a
prior conviction for possession of a controlled substance.  In appellate cause number 01-09-00847-CR,
appellant pleaded guilty to the offense of robbery, enhanced by prior felony
convictions for aggravated robbery and burglary of a habitation.  In accordance with the terms of appellant’s
plea bargain agreement with the State in each cause number, the trial court
sentenced appellant to fifteen years’ confinement in each cause, with the
sentences to run concurrently.  Appellant
filed a pro se notice of appeal in each cause number.  We dismiss the appeals.

In each cause number, the trial court
entered a certification of the defendant’s right to appeal in which the court
certified that this is a plea bargain case and that the defendant has no right
of appeal.  See Tex. R. App. P.
25.2(a)(2).  Both of the trial court’s
certifications are included in the record on appeal.  See Tex. R. App. P. 25.2(d).  The record supports the trial court’s
certification in each cause.  See Dears v. State, 154 S.W.3d 610, 615
(Tex. Crim. App. 2005).

Accordingly, we dismiss the appeals
in cause number 01-09-00846-CR and 01-09-00847-CR.

PER CURIAM

 

Panel consists of Justices Keyes, Higley, and Bland.

 

Do not publish. 
Tex. R. App. P. 47.2(b).